STARLING REALTY CORPORATION, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 25342.)

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument or to amend the remittitur denied. (See 286 N. Y. 272.)

RUTH B. VIALL, Respondent, *v.* LELAND S. VIALL, Appellant.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, without costs. (See 286 N. Y. 638.)

HERMAN KAHLMEYER, Appellant, *v.* GREEN-WOOD CEMETERY, Respondent.

Argued October 6, 1941; decided October 16, 1941.

*Henry Hill Anderson* and *J. Wesley Seward* for motion. *Joseph Henry Cohen* and *Henry Cohen* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.